# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 23, 2016

SEAN F. McAVOY, CLERK

| U.S.A. vs. | PARISIAN, Leslee, Faye | Docket No. | 1:16-CR-02006-EFS-8 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Leslee Parisian, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke in the Court at Yakima, Washington, on the 1st day of June 2016, under the following condition:

**Condition #12**: Defendant shall not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner. Defendant may not possess or use marijuana, regardless of whether Defendant has been prescribed a medical marijuana card.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant is alleged to be in violation of her conditions of pretrial supervision in the Eastern District of Washington by:

**Violation #1**: Using non-prescribed medication, Percocet (Oxycondone), on June 12, 2016.

REQUESTING A SUMMONS BE ORDERED AT THIS TIME

I declare under the penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on: | June 23, 2016 |

by   s/Linda Leavitt

Linda J. Leavitt

U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]   No Action

[ ]   The Issuance of a Warrant

[X]   The Issuance of a Summons

[ ]   The incorporation of the violations contained in this

    petition with the other violations pending before the

    Court.

[ ]   Defendant to appear before the Judge assigned to the case.

[ ]   Defendant to appear before the Magistrate Judge.

[ ]   Other

*M. K. Dimke*
_____
Signature of Judicial Officer

6/23/2016
_____
Date