# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| | | | |
|---|---|---|---|
| U.S.A. vs. | PARISIAN, Leslee Faye | Docket No. | 1:16-CR-02006-EFS-8 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW  Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Leslee Parisian, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke in the Court at Yakima, Washington, on the 1st day of June 2016, under the following conditions:

**Condition #6:** Defendant shall not commit any offense in violation of federal, state or local law.

**Condition #17**: Defendant shall refrain from any use of alcohol.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant is alleged to be in violation of her conditions of pretrial supervision in the Eastern District of Washington by:

**Violation #1:** Being arrested for reckless driving on July 14, 2016.

**Violation #2**: Consuming alcohol on July 14, 2016.

REQUESTING A  SUMMONS BE ORDERED AT THIS TIME

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:     July 19, 2016

by     s/Linda Leavitt

Linda J. Leavitt
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ X ]  The Issuance of a Summons
[ ]    The incorporation of the violations contained in this
       petition with the other violations pending before the
       Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[ ]    Defendant to appear before the Magistrate Judge.
[ ]    Other

_____

Signature of Judicial Officer

7/19/2016
_____

Date