PROB 12C
(6/16)

Report Date: October 18, 2022

# United States District Court

### for the

### Eastern District of Washington

**Petition for Warrant or Summons for Offender Under Supervision**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 25, 2022

SEAN F. McAVOY, CLERK

Name of Offender: Leslee Faye Parisian          Case Number: 0980 1:16CR02006-EFS-8

Address of Offender: ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ Spokane Valley, Washington 99037

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: June 15, 2017

Original Offense:       Conspiracy to Distribute Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(c) and 846

Original Sentence:      Prison - 48 months;          Type of Supervision: Supervised Release
                        TSR - 36 months

Asst. U.S. Attorney:    Alison L. Gregoire           Date Supervision Commenced: September 14, 2020

Defense Attorney:       Ulvar Wallace Klein          Date Supervision Expires: September 13, 2023

## PETITIONING THE COURT

To issue a summons.

On September 17, 2020, a U.S. probation officer reviewed Ms. Parisian's conditions of supervised release with her. She signed her judgment acknowledging her understanding of her conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |
| | **Supporting Evidence**: Ms. Leslee Parisian is alleged to have violated mandatory condition number 3 by ingesting methamphetamine on or about October 4, 2022, she signed an admission form. |
| | On October 3, 2022, Ms. Parisian reported to Pioneer Human Services (PHS) for a random urinalysis. Ms. Parisian was ultimately turned away due to running out of time and stalling to provide a urinalysis within the 1 hour time frame. She contacted the undersigned officer and was instructed to report to the probation office that same day by 4 p.m. Ms. Parisian reported as instructed. Again, she was unable to provide a urinalysis within the time frame given. She was instructed to report the next date, October 4, 2022, at 8 a.m. |

Prob12C
Re: Parisian, Leslee Faye
October 18, 2022
Page 2

On October 4, 2022, Ms. Parisian reported to the probation office at 8 a.m. Approximately 2 hours later, she provided a urinalysis, which returned presumptive positive for methamphetamine. It was sent to the lab for confirmation. When questioned, she admitted to using a few days prior, "I thought it would be out of my system by now."

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  October 18, 2022

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Edward F. Shea

Signature of Judicial Officer

October 25, 2022

Date