PROB 12C
(6/16)

Report Date: November 9, 2022

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Nov 09, 2022**

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Leslee Faye Parisian | Case Number: 0980 1:16CR02006-EFS-8 |
| Address of Offender: ███████████████ | Spokane Valley, Washington 99037 |

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: June 15, 2017

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Distribute Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(c) and 846 | | |
| Original Sentence: | Prison - 48 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: September 14, 2020 | |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: September 13, 2023 | |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/25/2022.

On September 17, 2020, the offender's conditions of supervision were reviewed by the probation officer and she signed said conditions acknowledging an understanding of her requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Special Condition # 5**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |
| | **Supporting Evidence**: The offender is alleged to have violated special condition number 5 by failing to attend scheduled treatment sessions at Spokane Addiction Recovery Centers (SPARC) on October 4, 6, 11, 18, 25 and 27, 2022. |
| | On November 8, 2022, this officer contacted the offender's primary counselor at SPARC to discuss the noncompliant treatment report that was received for the month of October 2022. At that time, the probation officer was informed that Ms. Parisian failed to attend scheduled group sessions at SPARC on October 4, 6, 11, 18, 25 and 27, 2022. |

Prob 12C
Re: Parisian, Leslee Faye
November 9, 2022
Page 2

| | |
|---|---|
| 3 | **Mandatory Condition #3:** You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |

      **Supporting Evidence:** The offender is alleged to have violated mandatory condition number 3 by ingesting controlled substances, amphetamine and methamphetamine, on or about October 12, 2022.

      On October 12, 2022, a sweat patch was placed on the offender. The sweat patch was removed on October 19, 2022, at which time it was sent to the laboratory for drug testing.

      On November 4, 2022, the probation officer received notification that the above-referenced sweat patch was positive for amphetamine and methamphetamine. When questioned by the undersigned, Ms. Parisian denied use of said substances.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 9, 2022

s/Lori Cross

Lori Cross
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

*Edward F. Shea*

Signature of Judicial Officer

November 9, 2022

Date