PROB 12C
(6/16)

Report Date: May 15, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 15, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Leslee Faye Parisian           Case Number: 0980 1:16CR02006-EFS-8

Address of Offender: ▉▉▉▉▉▉▉▉▉▉▉▉ Spokane Valley, Washington 99037

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: June 15, 2017

Original Offense:      Conspiracy to Distribute Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(c) and 846

Original Sentence:     Prison - 48 months           Type of Supervision: Supervised Release
                       TSR - 36 months

Asst. U.S. Attorney:   Alison L. Gregoire           Date Supervision Commenced: September 14, 2020

Defense Attorney:      Molly Winston                Date Supervision Expires: September 13, 2023

## PETITIONING THE COURT

To **issue a warrant** and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 10/25/2022 and 11/9/2022.

On September 17, 2020, the offender's conditions of supervision were reviewed with her by the probation officer and she signed said conditions acknowledging an understanding of her requirements.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition #1**: You must not commit another federal, state or local crime. |
|   | **Supporting Evidence**: It is alleged that Ms. Parisian violated the terms of her supervised release by being arrested on or about May 13, 2023, in the District of Montana for three counts of drug paraphernalia. |
|   | On May 15, 2023, the undersigned officer spoke with a Rocky Boy Tribal Police officer in Montana, where he advised that Ms. Parisian had been pulled over on a traffic stop on May 13, 2023.  During the traffic stop, Ms. Parisian appeared to be under the influence of something, "she was shaking and could barely get her drivers license out when I asked for it."  After a search of her vehicle, the K9 dog hit on her purse, in which a meth pipe, burned tin foil and a straw with residue was found.  When questioned by the police officer, she admitted to last using fentanyl and methamphetamine on Wednesday, May 10, 2023.  Ms. Parisian was taken into custody on three counts of drug paraphernalia.  Police reports have been requested. |

Prob12C

Re: Parisian, Leslee Faye
May 15, 2023
Page 2

The U.S. Probation Office respectfully recommends the Court **issue a warrant** to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 05/15/2023

s/Courtney Hamble

Courtney Hambel
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Edward F. Shea

Signature of Judicial Officer

May 15, 2023

Date